No. 334. SOUTHERN PACIFIC COMPANY *v.* LEO L. D'UTASSY. Error to the Supreme Court of the State of New York. Motion to dismiss submitted November 17, 1919. Decided November 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. See writ of certiorari denied, 1918 Term, 250 U. S. 639. *Mr. Fred H. Wood* for plaintiff in error. *Mr. Arthur W. Clement* and *Mr. Wilson E. Tipple* for defendant in error.

No. 115. JEFFERSON C. POWERS ET AL. *v.* CITY OF RICHMOND. Error to the Supreme Court of Appeals of the State of Virginia. Submitted November 19, 1919. Decided December 8, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Castillo* v. *McConnico,* 168 U. S. 674. *Mr. Robert H. Talley* for plaintiffs in error. *Mr. H. R. Pollard* for defendant in error.